IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JUANITA FREEMAN,<br>Plaintiff, | CIVIL ACTION |
| v. | |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant. | NO. 07-CV-2195 |

## ORDER

AND NOW, this 23rd day of September 2008, upon consideration of the Plaintiff's Request for Review (Doc. No. 3) and the Defendant's response thereto (Doc. No. 6), and after careful review of the Report and Recommendation of United States Magistrate Lynne A. Sitarski (Doc. No. 25) and Plaintiff's Objections thereto (Doc. No. 26), IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. The Claimant's Request for Review is DENIED; and

3. Judgment shall be entered in this matter in favor of the DEFENDANT.

BY THE COURT:

*/s/*

Legrome D. Davis, J.